# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| QUINTON HILL | CIVIL ACTION NO. 18-878-P |
| VERSUS | CHIEF JUDGE HICKS |
| TRENEISHA HILL, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED THAT** this action be **DISMISSED** for failing to state a claim for which relief may be granted pursuant to Section 1983.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 13th day of August, 2020.

_____

**CHIEF JUDGE S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT COURT**